476 A.2d 105

Commonwealth v. Musica, Appellant.

Submitted February 27,

1984.  Louis D. Musica, appellant;  in propria persona; James R. Dailey, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, WICKERSHAM and HOFFMAN, JJ.

Judgment of sentence affirmed.